argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.

JOHN STERLING DRAKE, Respondent, v. JOSEPH J. SAUL, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.

JOHN STERLING DRAKE, Respondent, v. JOSEPH J. SAUL, Appellant.— Motion for stay denied, and stay vacated, without costs. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.

HOISTING ENGINE SALES COMPANY, INC., Appellant, v. JOHN J. HART, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.

GEORGE HUGUE, Respondent, v. ELIAS BERLOW CORPORATION and Others, Defendants. JACOB LERNER, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, for failure to comply with rule 12 of this court.* Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Acting by and under the Commissioner of Docks, etc. (Staten Island Proceeding.) — Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.

EDNA MAY MARTIN, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.

GEORGE J. NEWTON, Respondent, v. CHARLES D. MILLARD, etc., Defendant. EUGENIA SWENSON, Individually and as Executrix, etc., and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.

FRANCIS PATRONE and EUGENE PATRONE, Administrators, etc., of NICHOLAS PATRONE, Deceased, Respondents, v. M. P. HOWLETT, INC., Appellant.— Motion for stay denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.

THE PEOPLE'S TRUST COMPANY, as Trustee, etc., Appellant, Respondent, v. WILLIAM O'MEARA and Others, Respondents, Appellants, and MAURICE O'MEARA COMPANY, Defendant.— Motion to vacate this court's orders of December 22, 1922, and February 9, 1923, denied, with ten dollars costs. Upon proper application, this court will make an order appointing a referee to take proof and make the findings directed by the orders above mentioned. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CONNOLLY, Appellant.— Motion to dispense with printing record on appeal denied. Present — Kelly, P. J., Jaycox, Young and Kapper, JJ.

THEODORE G. SMITH and JOHN B. JOHNSTON, as Receivers of JAMES IMBRIE and Others, Copartners, etc., Appellants, v. D. NAGASE & Co., LTD., Respondent.— Motion to resettle order granted, and order resettled so as to provide that within ten days plaintiffs pay to the defendant the taxable costs and disbursements in

---

* App. Div. Rules, 2d Dept., rule 12.— [REP.